**John Brown**

**To:** Michael Mowla
**Subject:** RE: Hill III, PD-0019-15

FILED IN
COURT OF CRIMINAL APPEALS

OCT 13 2015

Abel Acosta, Clerk

Thank you , Michael.

John Brown
Court of Criminal Appeals

**From:** Michael Mowla [mailto:michael@mowlalaw.com]
**Sent:** Friday, October 09, 2015 6:09 PM
**To:** Abel Acosta
**Cc:** John Brown
**Subject:** Hill III, PD-0019-15

Abel & John:

On behalf of Mr. Hill III, I will appear for oral argument on November 4, 2015 at 9:00 a.m.

Please confirm receipt of this email and acknowledgment. Thanks.

**Michael Mowla**
**Attorney**
**P.O. Box 868**
**Cedar Hill, TX 75106**
**Dallas County**
**Phone: 972-795-2401**
**Fax: 972-692-6636**
**michael@mowlalaw.com**
**http://www.mowlalaw.com**

 **BOARD**
**CERTIFIED®**
Texas Board of Legal Specialization

**CRIMINAL APPELLATE LAW**